UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANET ADDO, et al,

                Plaintiff(s)

          -against-

ZORAIDA GOMEZ,

                Defendant(s).
-------------------------------------------------------------X

              26 civ 792 (JGK)

**ORDER**

The conference scheduled for Thursday, May 28, 2026, at 4:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 20, 2026